JAP
F.# 1998R00814
dismissal

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ SEP 1 6 2005 ★
BROOKLYN OFFICE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------X

UNITED STATES OF AMERICA

    - against -

PORFIRIO GARCIA,

    Defendant.

---------------------------------X

O R D E R

98 CR 441 (FB)

    Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Judy Philips, it is hereby

    ORDERED that the underlying indictment, Criminal Docket No. 98-441, be dismissed without prejudice as to defendant PORFIRIO GARCIA.

Dated:    Brooklyn, New York
          September 15, 2005

                        HONORABLE FREDERIC BLOCK
                        UNITED STATES DISTRICT COURT JUDGE
                        EASTERN DISTRICT OF NEW YORK